UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

CADIM Note Inc.,

                Plaintiff,

v.                                             Case No. 1:11-cv-00044-JL

Southern New Hampshire Hospitality, LLC
Anthony DiLorenzo and Kevin Bowden,

                Defendants.

## [~~PROPOSED~~] ORDER REGARDING EXPEDITED MOTION TO SUBSTITUTE PLAINTIFF

Having considered the Expedited Motion to Substitute Plaintiff submitted by CADIM Note, Inc. ("CADIM") and non-party DBD OTLP LLC, and Defendants Southern New Hampshire Hospitality, LLC's and Anthony DiLorenzo's Limited Objection to the Expedited Motion to Substitute Plaintiff and the parties' Joint Stipulation Regarding Expedited Motion to Substitute Plaintiff, and finding that there is good cause herefor,

**IT IS ORDERED** that:

1. The Expedited Motion to Substitute Plaintiff is GRANTED to the extent that it allows DBD OTLP LLC be substituted for CADIM Note Inc. as plaintiff.

2. The Expedited Motion to Substitute Plaintiff is DENIED to the extent it would allow CADIM Note Inc. to be dismissed from this matter.

3. CADIM Note Inc. shall remain a party to this matter as a defendant to counterclaims and all other claims that may be raised against it.

13415636.2

**DONE AND ORDERED** the 11th day of April, 2011.

_____
The Honorable Joseph N. Laplante
United States District Court for the District of New Hampshire