UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CADIM Note Inc., | : |
| Plaintiff, | : |
| v. | : Case No. 1:11-cv-00044-JL |
| Southern New Hampshire Hospitality, LLC : <br> Anthony DiLorenzo and Kevin Bowden, | : |
| Defendants. | : |

**ORDER APPROVING RECEIVER'S ENGAGING OF COUNSEL**

THIS MATTER coming before the Court on the Receiver's Petition for the Appointment of Counsel, IT IS HEREBY ORDERED THAT Receiver shall engage local counsel and said counsel's fees and costs shall be that of the Receivership Estate.

Dated this 6th date of __June__, 2011.

By the Court,

_____
Joseph N. Laplante
United States District Judge