UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CADIM Note Inc., | : |
| | : |
| Plaintiff, | : |
| v. | :    Case No. 1:11-cv-00044-JL |
| | : |
| Southern New Hampshire Hospitality, LLC | : |
| Anthony DiLorenzo and Kevin Bowden, | : |
| | : |
| Defendants. | : |

**ORDER PERTAINING TO NOTICE OF TERMINATION OF CRESCENT HOTELS & RESORTS, LLC AS RECEIVER AND REQUEST FOR DISCHARGE ORDER**

This Court, by October 7, 2011 Order replaced Crescent Hotels & Resorts, LLC ("Crescent"), with AFP 102 Corp. as Receiver in this case effective November 1, 2011. In compliance with Paragraph 8 of the February 17, 2011 Appointment Order, Crescent filed a notice of its termination and requested that it be discharged from its duties and responsibilities as Receiver. Also in compliance with Paragraph 8 of the Appointment Order, Crescent filed a Final Report. There being no objection to the Notice of Termination, Request for Discharge or Final Report dated November 23, 2011, and good cause appearing;

IT IS HEREBY ORDERED:

    A.    Crescent Hotels & Resort, LLC's Notice of Termination is acknowledged and accepted by the Court;

    B.    Crescent Hotels & Resort, LLC has fulfilled its duties and responsibilities as Receiver as set forth in the February 17, 2011 Appointment Order; and

    C.    Crescent Hotels & Resort, LLC is therefore discharged from its duties and responsibilities as Receiver in this case.

BY THE COURT,

Date: 11/28/11

*[signature: Joe Laplante]*

Joseph N. Laplante
United States District Judge