UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

AFP 105 Corp.

    v.                                      Civil No. 11-cv-44-JL

Southern New Hampshire
Hospitality, LLC, et al.

## O R D E R

Plaintiff's motion to approve order requiring compliance with receiver order (document no. 109) and motion for late entry of reply (document no. 112) are GRANTED.  Receiver Crescent Hotels & Resorts, LLC is not discharged.  On or before **April 2, 2012,** Crescent shall file a final accounting through October 31, 2011 of all cash accounts and balances held during the receivership.  AFP 105 Corp. and AFP 102 Corp. shall file any objection to Crescent's accounting within 10 days of Crescent's submission.  Within 10 days of the court's approval of Crescent's accounting, Crescent shall transfer to AFP 102 Corp. the balance of funds, if any, in all cash accounts managed by Crescent during the receivership.

    **SO ORDERED.**

                                                 _____
                                                 Joseph N. Laplante
                                                 United States District Judge

Dated: March 22, 2012

cc:   Adam F. Pignatelli, Esq.
      Sherilyn B. Young, Esq.
      Michael Scott, Esq.