U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

APR 11 2012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**FILED**

|  |  |  |
|---|---|---|
| CADIM Note Inc., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:11-cv-00044-JL |
| | : | |
| Southern New Hampshire Hospitality, LLC | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER PERTAINING TO FINAL ACCOUNTING OF RECEIVER, CRESCENT HOTELS & RESORTS, LLC

By March 22, 2012 Order, Crescent Hotels & Resorts, LLC ("Crescent"), was required to file a final accounting through October 31, 2011 of all cash accounts and balances held during the receivership, and to transfer any such balances to AFP 102 Corp. In compliance with the March 22, 2012 Order, Crescent, on April 2, 2012, filed its Final Accounting representing to the Court that no funds existed for transfer to AFP 102 Corp. Based on the April 2, 2012 Final Accounting, the record in this case, and good cause appearing;

IT IS HEREBY ORDERED:

A. Crescent Hotels & Resort, LLC's Final Accounting is acknowledged and accepted by the Court; and

B. Crescent Hotels & Resort, LLC, having fully and faithfully performed the duties and obligations of Receiver, as more particularly set forth in the February 17, 2011 Appointment Order, is discharged from those duties and obligations;

BY THE COURT,

Date:  4/11/12

The Honorable Joseph N. Laplante
United States District Court
for the District of New Hampshire