UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AFP 105 CORP., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SOUTHERN NEW HAMPSHIRE )<br>HOSPITALITY, LLC, *et al.*, )<br>)<br>*Defendants*. )<br>) | C.A. No. 1:11-cv-00044 |

**ORDER APPROVING FINAL ACCOUTNING AND
DISCHARGING RECEIVER AFP 102 CORP.**

UPON CONSIDERATION OF Receiver AFP 102 Corp.'s Motion to Approve Final Accounting and Discharge Receiver AFP 102 Corp. and the record herein, it is this 6th day of August, 2012, hereby:

ORDERED that AFP 102 Corp.'s Final Accounting is accepted and approved; and it is further

ORDERED that Receiver AFP 102 Corp., having fully and faithfully performed its duties and obligations as Receiver, is discharged.

SO ORDERED:

Date: August 6, 2012

_____
The Honorable Joseph N. Laplante
United States District Court
for the District of New Hampshire